*Lawrence E. French* for appellant.

*Merle I. St. John* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

FRANK SPARLING, Respondent, *v.* LOUIS B. WADE et al., Copartners under the Firm Name of WADE, TEMPLETON & Co., Appellants.

*Stockbrokers — action to recover for failure of stockbroker to sell stocks as directed.*

*Sparling* v. *Wade,* 216 App. Div. 711, affirmed.

(Submitted May 28, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover from defendants, stockbrokers, damages alleged to have been sustained by plaintiff by reason of their failure to sell as directed, certain stocks held by them for plaintiff's account and also to recover a balance alleged to be due on sale of securities.

*Herbert P. Queal* for appellants.

*Milton Mayer* and *Goodman Block* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: CRANE, J.

---

BENJAMIN BOROWITZ et al., Respondents, *v.* PETER SCALISE, Appellant.

*Real property — nuisance — fences — defendant enjoined from maintaining on his premises wall over ten feet in height closing windows on adjoining premises.*

*Borowitz* v. *Scalise,* 215 App. Div. 827, affirmed.

(Submitted May 28, 1926; decided July 9, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial